IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIRK R. CHEEKS                                                        No. 3:23-cv-00939-AR

        Petitioner,                                                     OPINION AND ORDER

v.

U.S. PAROLE COMMISSION,

        Respondent.

**BAGGIO, District Judge:**

### I. INTRODUCTION

On April 4, 2025, Magistrate Judge Jeff Armistead issued his Findings and Recommendation ("F&R", ECF 13), recommending that the Court DENY Petitioner Kirk R. Cheek's Petition for Habeas Corpus ("Habeas Corpus Petition", ECF 1) and enter a judgment of dismissal. Petitioner did not file objections.

### II. DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the

magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

### III. CONCLUSION

Upon review, the Court agrees with Judge Armistead's recommendation and ADOPTS the F&R [13] in full. Petitioner Kirk R. Cheek's Petition for Habeas Corpus [1] is DENIED. Because Petitioner has not established a substantial showing of the denial of a constitutional right, the Court DENIES a certificate of appealability. *See* 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED.

DATED this 30th day of April, 2025.

_____
AMY M. BAGGIO
United States District Judge